UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

**MONICA D. JONES**

Case No. **19-23507-NVA**
Chapter 13

Debtor

## MOTION TO DISMISS AND
## NOTICE OF OPPORTUNITY FOR A HEARING

Comes now, REBECCA A. HERR, Chapter 13 Trustee herein and states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the Debtor has not been made as proposed.

The material default consists of $6,830.15, representing 12.15 plan payments.

WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. Sec. 1307(c).

Respectfully Submitted,

Date: January 31, 2022

**/s/ REBECCA A. HERR**
REBECCA A. HERR
CHAPTER 13 TRUSTEE
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
RHERR@CH13MD.COM

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO THE DEBTOR AND COUNSEL OF RECORD

You are notified of the filing of the foregoing Motion by the Trustee stating that the Debtor is in material default with respect to the terms of the confirmed plan and requesting that the subject case be dismissed pursuant to 11 U.S.C. 1307 (c).

You are further notified that unless a responsive pleading is filed with the Court stating facts which controvert, justify or explain the Trustee's allegations and a copy of said pleading is served upon the Trustee on or before **February 21, 2022** together with a request for a hearing thereon, this case will be dismissed on such date and the case will be closed.  You are further advised that you may move to convert this case to a case under Chapter 7.  If you desire to do so, such action must be filed with the clerk's office before **February 21, 2022**.  A $25.00 fee is required to the clerk's office for conversion to Chapter 7.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Dismiss will be served electronically by the Court's CM/ECF system on the following:

Kim D. Parker    kp@kimparkerlaw.com, ecf_notices@kimparkerlaw.com;arc@kimparkerlaw.com
(Attorney for Debtor)

I hereby further certify that on the 31st day of January, 2022, a copy of the Motion to Dismiss was also mailed first class mail, postage prepaid to:

MONICA D. JONES
5620 PRINCE GEORGE STREET
BALTIMORE, MD  21207
*Debtor*

/s/ REBECCA A. HERR
REBECCA A. HERR
CHAPTER 13 TRUSTEE

**RECEIPT HISTORY**

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
| --- | --- | --- | --- |
| 01/07/2020 | 6463402000 | EPAY - Standard Payment | $415.00 |
| 01/07/2020 | 6463549000 | EPAY - Standard Payment | $417.00 |
| 09/01/2020 | 7054222000 | EPAY - Standard Payment | $1,500.00 |
| 12/07/2020 | 7292506000 | EPAY - Standard Payment | $300.00 |
| 01/26/2021 | 7403571000 | EPAY - Standard Payment | $300.00 |
| 02/10/2021 | 7444687000 | EPAY - Standard Payment | $300.00 |
| 02/16/2021 | 7457322000 | EPAY - Standard Payment | $200.00 |
| 04/13/2021 | 7596749000 | EPAY - Standard Payment | $500.00 |
| 07/20/2021 | 7822090000 | EPAY - Standard Payment | $562.01 |

**TOTAL RECEIPTS: $4,494.01**